✎PROB 34
(Rev. 3/07)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

### *District of Guam*

UNITED STATES OF AMERICA

v.

XI FENG CHEN

CRIMINAL CASE NO.   03-00084-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **February 19, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Karon V. Johnson, AUSA
       Defense Counsel
       Guam Immigration and Customs Enforcement
       File

### *ORDER OF COURT*

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.